**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-19-0000345**
**10-OCT-2019**
**10:26 AM**

NO. CAAP-19-0000345

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

KA'U SUNSHINE LLC, Plaintiff-Appellee, v.
Unknown heirs or assigns of KAHAKU (k), KANAKALAUAI (w),
PAPALIMU (w), KAPANA (k), also known as W. KAPANA (k),
H. AKONA, MALAKINI (w), also known as MALAKINI APIKI (w)
and MALAKINI ENAENA (w), and ALL WHOM IT MAY CONCERN,
Defendants-Appellees, and ANDERSON X. LINDSEY,
Real Party In Interest-Appellant

APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT
(CIVIL NO. 17-1-358)

ORDER DENYING OCTOBER 4, 2019 HRAP RULE 40 MOTION
FOR RECONSIDERATION OF SEPTEMBER 26, 2019 ORDER
DISMISSING APPEAL FOR LACK OF APPELLATE JURISDICTION
(By: Ginoza, Chief Judge, Fujise and Leonard, JJ.)

Upon review of (1) the September 26, 2019 order
dismissing appeal for lack of jurisdiction and dismissing all
pending motions as moot, (2) Defendant-Appellant Anderson
Lindsey's (Lindsey) October 4, 2019 motion for clarification of
the September 26, 2019 dismissal order, and (3) the record, we
deem Lindsey's October 4, 2019 motion to be, in substance, a
motion for reconsideration of the September 26, 2019 dismissal
order pursuant to Rule 40 of the Hawai'i Rules of Appellate
Procedure (HRAP). To the extent that Lindsey seeks clarification
of the September 26, 2019 dismissal order, we clarify that we
dismissed Lindsey's entire appeal in CAAP-19-0000345 for lack of
appellate jurisdiction because his notice of appeal was untimely
under HRAP Rule 4(a)(1). Consequently, we also dismissed as moot

any and all pending motions in CAAP-19-0000345, such as Lindsey's September 12, 2019 motion for reconsideration of the September 4, 2019 default against Lindsey for failing to file his HRAP Rule 12.1 statement of jurisdiction and HRAP Rule 28(b) opening brief.  As a result, Lindsey's appeal has been concluded, and it is now closed.  To the extent that Lindsey seeks reconsideration of the September 26, 2019 dismissal order, we conclude that we did not overlook or misapprehend any points of law or fact when we entered the September 26, 2019 dismissal order.

Therefore, IT IS FURTHER HEREBY ORDERED that Lindsey's October 4, 2019 HRAP Rule 40 motion for reconsideration of the September 26, 2019 dismissal order is denied.

DATED:  Honolulu, Hawai'i, October 10, 2019.


Chief Judge

Associate Judge

Associate Judge

2